**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Tammy Lynn Stoe,

                Plaintiff,                      Civil No. 09-2673 (RHK/RLE)

vs.                                        **ORDER**

Fosston Family Dental, et al.,

                Defendants.

---

        This matter is venued in the Sixth Division.

        All proceedings before the undersigned (motions, trial, etc.) will be held in the

United States Courthouse in Fergus Falls, Minnesota, unless otherwise directed by the

Court.

Dated:  October 1, 2009

                            s/Richard H. Kyle
                            RICHARD H. KYLE
                            United States District Judge