UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Tammy Lynn Stoe,                                    Civil No. 09-2673 (RHK/RLE)

                    Plaintiff,                                **ORDER**

vs.

Fosston Family Dental, et al.,

                    Defendants.

_____

     Based upon the Report and Recommendation of United States Magistrate Judge

Raymond L. Erickson, and no objections thereto having been filed, **IT IS ORDERED**:

    1.  The Report and Recommendation (Doc. No. 5) is **ADOPTED**;

    2.  Plaintiff's Application to Proceed In Forma Pauperis (Doc. No. 2) is **DENIED AS
MOOT**; and

    3.  This action is summarily **DISMISSED WITHOUT PREJUDICE** for lack of subject

matter jurisdiction, for failure to state a claim upon which relief can be granted, and for lack of

prosecution.

Dated:  February 5, 2010

                                        s/Richard H. Kyle
                                        RICHARD H. KYLE
                                        United States District Judge